**Ellen Lucinda DELK, Plaintiff–Appellant,**

v.

**ARVINMERITOR, INCORPORATED; John Hock; Fred Harbinson; John Parr; Doris Williams; James Mackey, Defendants–Appellees.**

No. 02–1148.

United States Court of Appeals, Fourth Circuit.

Submitted June 26, 2002.

Decided July 10, 2002.

Wade Hall, Asheville, North Carolina, for Appellant. Margaret Hutchins Campbell, Ogletree, Deakins, Nash, Smoak & Stewart, Atlanta, Georgia; Samuel Jerome Crow, Earl Thomison Holman, Adams, Hendon, Carson, Crow & Saenger, P.A., Asheville, North Carolina; James Mackey, Asheville, North Carolina, for Appellees.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ellen Lucinda Delk appeals the district court's order dismissing this civil action as to Defendant Mackey and granting summary judgment to the remaining Defendants. We have reviewed the record and the district court's opinion and find no

reversible error. Accordingly, we affirm on the reasoning of the district court. *See Delk v. ArvinMeritor, Inc.,* No. CA–00–242–1–T (W.D.N.C. Jan. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*